### Ex parte Samuel SPIVEY.

No. 37159.

Court of Criminal Appeals of Texas.

Oct. 7, 1964.

J. Paul Pomeroy, Jr., Houston, for appellant.

Frank Briscoe, Dist. Atty., Carl E. F. Dally, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

This is an appeal from an order entered in a habeas corpus proceeding denying bail in a robbery case.

A former appeal from an order fixing bond at $100,000 was dismissed as moot, the indictment having been dismissed and a new indictment returned. Ex parte Spivey, Tex.Cr.App., 379 S.W.2d 898.

It is now shown that the appellant has been granted immunity; the indictment dismissed and the appellant released from custody.

The question of bail being moot, our original opinion granting bail in the sum of $10,000 is withdrawn and the appeal is dismissed.